# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00967-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTIAN OMAR AGUILAR ESCOBEDO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, May 3, 2023 at 9:00 a.m., be vacated and continued to June 28, 2023 at the hour of 9:00 a.m. in Courtroom 3C.

DATED this 1st day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE