UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:22-mj-00967-EJY |
|---|---|
| Plaintiff, | |
| v. | [Proposed] Order |
| Christian Omar Aguilar Escobedo, | |
| Defendant. | |

The Court finds the defendant has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the defendant is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

DATED this 5th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE